NUMBER
13-05-420-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_______________________________________________________

 

SAMUEL GARCIA,                                                    Appellant,

 

                                           v.

 

 

THE STATE OF TEXAS,                                              Appellee.

_______________________________________________________

 

                  On appeal from the 319th
District Court 

                           of Nueces County,
Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

             Before
Justices Hinojosa, Rodriguez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, SAMUEL
GARCIA, perfected an appeal from a judgment entered by the 319th
District Court of Nueces County, Texas, in cause number 05-CR-0345-G.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2 (a). 

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the appellant=s motion to dismiss
the appeal should be granted.  Appellant=s motion to dismiss
the appeal is granted, and the appeal is hereby DISMISSED.

 

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 6th day of July, 2006.